IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| WILLIAM SOSA, a/k/a "King Homicide" | : | No. 05-044-1 |

## ORDER

**AND NOW**, this 7th day of January, 2021, upon consideration of William Sosa's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 1085), Mr. Sosa's Supplemental Filing (Doc. No. 1086), and the Government's Response in Opposition (Doc. No. 1103), it is **ORDERED** that the Motion (Doc. No. 1085) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1