IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WILLIAM SOSA | : | No. 05-cr-044-1 |

**ORDER**

AND NOW, this 3rd day of November, 2022, upon consideration of William Sosa's Pro Se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. No. 1057) and the Government's Response to the Motion (Doc. No. 1134), it is **ORDERED** that:

1. The Motion (Doc. No. 1057) is **GRANTED** in part and **DENIED** in part for the reasons set forth in the Court's Memorandum Opinion. The Court vacates Mr. Sosa's convictions and sentences on counts 4, 6, 14, and 20.

2. No certificate of appealability will issue because reasonable jurists would not disagree with the partial denial of Mr. Sosa's Motion.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE